IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS McCULLUM, )
)
      Plaintiff, )
)
vs. ) 2:00cv83
) **Electronic Filing**
COMMISSIONER MARTIN HORN, )
Pennsylvania Department of Corrections; )
CONNOR BLAINE, Superintendent of the )
State Correctional Institution at Greene; and )
JOSEPH P. MAZURKIEWICZ, Superintendent )
of the State Correctional Institution at Rockview, )
)
      Defendants. )

## ORDER OF COURT

AND NOW, this 11th day of May, 2006,

IT IS ORDERED that the court's prior Order of Court dated April 17, 2006, which administratively closed the above-captioned proceeding, is VACATED and the case is hereby REOPENED.

                                                        David Stewart Cercone
                                                        United States District Judge

cc:    Christina Swarns, Esq.
        James J. McHugh, Jr., Esq.
        Defender Association of Philadelphia
        Independence Square West
        Suite 545 West - The Curtis Center
        Philadelphia, PA 19106-2414

        Rebecca D. Spangler, Esq.
        Office of the District Attorney
        Post Conviction/Habeas Corpus
        401 Allegheny County Courthouse
        Pittsburgh, PA 15219